# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DOUGLAS WILLEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. CV 13-04157-SJO (JEM)<br><br>J U D G M E N T |

In accordance with the Report and Recommendation of United States Magistrate Judge accepted by the Court,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and the matter DISMISSED with prejudice.

DATED: March 25, 2014

　　　　　　　　　　　　　　　　　　　　　　　*S. James Otero*
　　　　　　　　　　　　　　　　　　　　　　　S. JAMES OTERO
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE